UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>WILLIAM D. DAY, SR.,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No.<br><br>**1:08CR--15**<br><br>Judge<br><br>INFORMATION<br>29 U.S.C. § 501(c)<br><br>Weber, J. |

The Unites States Attorney charges:

## COUNT 1

Beginning on or about August 13, 2003 and continuing up to and including October 5, 2004, in the Southern District of Ohio, the defendant William D. Day, Sr., while an officer, that is, treasurer of Paper, Allied-Industrial, Chemical and Energy Workers International Union (PACE) Local 5-1462, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to the defendant's own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $11,140.88.

**All in violation of Title 29, United States Code, Section 501(c).**

GREGORY G. LOCKHART
United States Attorney

ANTHONY SPRINGER
Deputy Criminal Chief

FILED
JAMES BONINI
CLERK
08 FEB 19 PH 3:29
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI